IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABDUR-RASHID MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, MICHELE WILHELM, and THE STATE OF NEBRASKA,<br><br>　　　　Defendants. | 4:21CV3096<br><br>**ORDER** |

　　IT IS ORDERED that Plaintiff's motion for extension of time (Filing 10) is granted and, accordingly, Plaintiff shall have until **September 1, 2021**, to file an amended complaint. The Clerk of Court is directed to reset the pro se case management deadline accordingly.

　　Dated this 20th day of July 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
